PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: **GREGORY NORTHAM**                                    Docket Number: 06-00087

Name of Sentencing Judicial Officer: HONORABLE WILLIAM H. YOHN, JR.
                                     UNITED STATES DISTRICT JUDGE
                                     EASTERN DISTRICT OF PENNSYLVANIA

Transfer of Jurisdiction: To the District of New Jersey - effective February 2, 2006

Name of Newly Assigned Judicial Officer: HONORABLE FREDA L. WOLFSON
                                         UNITED STATES DISTRICT JUDGE

Date of Original Sentence: July 24, 20003

Original Offenses:

(Counts One through Twenty Seven): Bank Fraud, Class B felonies, 18 U.S.C. § 1344

(Count Twenty-eight): False Statement, a Class D felony, 18 U.S.C. § 1001

Original Sentence: Custody of the Bureau of Prisons for a term twenty-five months concurrent on Counts One through Twenty-eight; Five years Supervised Release, concurrent on Counts One through Twenty-seven and Three Years Supervised Release, concurrent on Count Twenty-eight; $2,800.00 Special Assessment; $88,529.89 Restitution, to be paid in monthly installments of $100.00, to commence sixty days after release from confinement. The special conditions of (1) Mental health evaluation/treatment; (2) Financial Disclosure; (3) No New Credit/Lines of Credit; (4) The U.S. Probation Office is authorized to release presentence and post sentence financial information to the U.S. Attorney's Office in collection of any unpaid fine or restitution. If restitution or a fine is owed, the defendant shall notify the U.S. Probation Office of any assets, including but not limited to income tax refunds, inheritance, insurance and lawsuit settlements, or gambling winnings and (5) Barred from any employment involving fiduciaries or the handling of any monies or accounts were also imposed.

Type of Supervision: Supervised Release                    Date Supervision Commenced: July 20, 2004

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number   Nature of Noncompliance

1                  The offender has violated the supervision condition which states 'As a **condition of supervision, you are instructed to pay restitution in the**

amount of $88,529.89, it shall be paid in the following manner: to be paid at $100.00 per month, commencing sixty days after release from confinement.'

As of May 20, 2009, the offender's restitution balance is $86,270.89. During the term of supervised release, the offender has made his required $100.00 monthly payments.

U.S. Probation Action

Mr. Northman lives alone in Haddon Heights, New Jersey. The offender is employed at a local supermarket. He completed an outpatient mental health treatment program at South Jersey Behavioral Health and has complied with submitting requested financial documents. The probation office has monitored the offender's conduct and financial condition throughout his term of supervision and contends the offender has paid the restitution to the best of his ability.

It is recommended that the offender's supervised release be allowed to expire on July 19, 2009, despite the restitution balance owed of $86,270.89. The Court will note that the Restitution Act of 1996 is applicable in this case. Therefore, the U.S. Attorney's Office Financial Litigation Unit will maintain collection of the fine for twenty years from Mr. Northam's release from imprisonment. Our office has notified the U.S. Attorney's Office Financial Litigation Unit of our proposed action.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: John L. Paccione
U.S. Probation Officer
Date: 5/20/09

---

[X] Offender to terminate from supervised release, as scheduled, on July 19, 2009, and the U.S. Attorney Office's Financial Litigation Unit will maintain collection of the restitution owed in this case.

[ ] Other :_____

_____
Signature of Judicial Officer

5/28/09
_____
Date